1 STUART T. BARASCH, ESQ.
Of Counsel, Olinsky Law Group
2 P.O. Box 961719
3 El Paso, TX 79996
Telephone: (213) 621-7622
4 Facsimile: (213) 621-2536
5 Email: Stuartbarasch@gmail.com

Attorney for Plaintiff, Robert Forest Lauriano

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROBERT FOREST LAURIANO,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>ANDREW SAUL, Commissioner of Social Security,<br><br>　　　　Defendant. | Case No.: 8:20-cv-00935-SHK<br><br>**[PROPOSED] ORDER** |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses, **IT IS ORDERED** that fees and expenses in the amount of $4,785.85 as authorized by 28 U.S.C. § 2412, be awarded subject to the terms of the Stipulation.

DATED: May 21, 2021

　　　　　　　　　　　　　　　　　　　　／s／
　　　　　　　　　　　　　　　　HON. SHASHI H. KEWALRAMANI
　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE